# IN THE COURT OF APPEALS OF TENNESSEE
## AT NASHVILLE

ROZANNE F. WRIGHT
(FOLK-SCHMIDT),                          )
                                          )
      Plaintiff/Appellant,          )  **Davidson Circuit No. 85D-3523**
                                          )
**VS.**                                   )  **Appeal No. 01A01-9708-CV-00413**
                                          )
JAN H. SCHMIDT,                          )
                                          )
      Defendant/Appellee.           )

| | |
|---|---|
| **O R D E R** | **FILED**<br><br>**September 30, 1998**<br><br>**Cecil W. Crowson**<br>**Appellate Court Clerk** |

      Appellant has filed a petition to rehear, which, after due consideration, is respectfully denied.

_____
HIGHERS, J.


_____
CRAWFORD, P.J., W.S.


_____
FARMER, J.